Erin Ronstadt (SBN 028362)
Jeremy Pekas (SBN 025678)
Caldwell & Ober, P.L.L.C.
1940 East Camelback Road, Ste. 150
Phoenix, AZ 85016
(602) 277-1745
(602) 761-4443 Fax
erin@caldwellober.com
jeremy@caldwellober.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharyn A. Medeiros,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Wells Fargo & Company Long Term Disability Plan, et al.,<br><br>　　　　　　　Defendants. | **Case No.** CV-14-01129-PHX-JZB<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff Sharyn A. Medeiros hereby gives notice that the parties have settled all disputes. The parties expect to submit a joint motion to dismiss and order of dismissal with prejudice within the next 30 days.

　　　DATED this 23rd day of April, 2015.

　　　　　　　　　　　　　　　　CALDWELL & OBER, P.L.L.C.


　　　　　　　　　　　　　　　　By: s/ Erin Ronstadt
　　　　　　　　　　　　　　　　　　Erin Ronstadt
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record, as listed below, via CM/ECF on this 23rd day of April, 2015:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
Main: (214) 579-9319
Fax: (465) 444-6456
Email: iwana@rademaekerslaw.com

Kathleen McLeod Caminiti
Fisher & Phillips LLP
430 Mountain Avenue
Murray Hill, New Jersey 07974
Telephone: (908) 516-1050
Fax: (908) 516-1051
kcaminiti@laborlawyers.com

By: s/ Erin Ronstadt