# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharyn A. Medeiros, | No. CV-14-01129-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Wells Fargo & Company Long Term Disability Plan, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. 48), and good cause appearing,

**IT IS ORDERED** that the Stipulation of Dismissal with Prejudice (Doc. 48) is granted.

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Dated this 18th day of June, 2015.

Honorable John Z. Boyle
United States Magistrate Judge